# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 9, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133655 & (43)

RAYMOND SHERIDAN, Personal
Representative of the Estate of EVELYN
BROWN SHERIDAN, Deceased,
             Plaintiff-Appellee,

v                                                          SC: 133655
                                                           COA: 272205
                                                           Oakland CC: 2004-060587-NZ

WEST BLOOMFIELD NURSING &
CONVALESCENT CENTER, INC.,
BEAUMONT NURSING HOME SERVICES,
INC., WEST BLOOMFIELD NURSING &
CONVALESCENT CENTER JOINT VENTURE,
DOREEN DAVIS and YOLANDA MATTHEWS,
             Defendants-Appellants.
_____/

On order of the Court, the application for leave to appeal the March 6, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals. The motion for stay is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 9, 2007                                    _____
d0703                                                              Clerk